[No. 8,410.—Department Two.]
April 21, 1882.

## THE PEOPLE EX REL. A. J. LOWRY *v.* LOUIS McLANE ET AL.

RECEIVER OF RAILROAD—FORECLOSURE OF MORTGAGE—REMEDY—MANDA-
MUS.—Application for a writ of *mandamus* to compel the receiver of a
railroad appointed in a foreclosure suit to operate the road.
*Held:* There is a plain, speedy, and adequate remedy, if the plaintiff is en-
titled to any, in the cause and court in which the defendant was appointed
receiver.

APPLICATION for alternative writ of *mandamus.*

The affidavit states in effect that by an order made on the twenty-first day of December, 1879, by the Fifteenth District Court in and for the County of San Francisco, in an action for the foreclosure of a mortgage upon the Placerville and Sacramento Railroad Company, then pending in said Court, and now pending in the Superior Court of said City and County, the defendant was appointed receiver of said railroad and authorized to take possession and control of the same, and that under the said order, which still continues in full force and effect, he entered upon and took possession and control of the said railroad, and of all of its rights, privileges, and franchises, and thence hitherto has and still does keep and retain possession of the same, but that he has failed and refused, and still fails and refuses, to operate the same.

No briefs on file.

The COURT:

The application for the alternative writ of mandate is

denied. There is a plain, speedy, and adequate remedy, if the petitioner is entitled to any, in the cause and court in which McLane was appointed receiver. (C. C. P., § 1086.) The petitioner should make his application to that forum.

Application denied.